Cameron H. Totten, Esq. (SBN 180765)
Law Offices of Cameron H. Totten
620 N. Brand Blvd., Ste. 405
Glendale, California 91203
Telephone (818) 483-5795
Facsimile (818) 230-9817
ctotten@ctottenlaw.com

Proposed Attorney for Debtor in Possession Orlanda Cunningham

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re:

ORLANDA CUNNINGHAM,

Debtor in Possession.

Chapter 11

CASE NO. 09–36912–BR

DEBTOR IN POSSESSION'S PLAN OF REORGANIZATION

DATE: January 13, 2009
TIME: 9:30 AM
CTRM: 1668

THE HONORABLE BARRY RUSSELL

ORLANDA CUNNINGHAM, Debtor in Possession ("Debtor"), hereby submits the following Plan of Reorganization.

ARTICLE 1     SUMMARY

The following sets forth the Classes of Claims and their proposed treatment under this Reorganization Plan.  A more detailed history of the Debtor's business is set forth in the Debtor's Disclosure Statement.

ARTICLE 2     CLASSIFICATION OF CLAIMS AND INTERESTS

1.01     Class 1.     Priority Claims. The priority claims consist of claims for property taxes payable to Los Angeles County.

2.01     Class 2.     There are no allowed claims.

2.02     Class 3.     The following entities have secured claims. The amounts of the claims are partially impaired. These claims are against investment type rental property.

2.03     Class 4.     The following entities have totally impaired secured claims.  (These are second trust deeds that are wholly unsecured as property value is less than the amount of the fair market value.)

2.04     Class 5     The following entity has a secured claim that is partially impaired.  It is the residential property where the Debtor resides.

2.05        Class 6.        All unsecured claims as set forth on Schedule F of the petition.

ARTICLE 3.        TREATMENT OF ADMINISTRATIVE EXPENSE CLAIMS, U.S. TRUSTEES FEES AND PRIORITY TAX CLAIMS.

3.01        Unclassified claims. There are no unclassified claims.

3.02        Administrative Expense Claims.  Each holder of an administrative expense claim allowed under Section 503 of the Bankruptcy Code will be paid in full on the effective date of this Plan, in cash, or upon such others as may be agreed upon by the holder of the claims and the Debtor.

3.03        Priority Tax Claims.  Each holder of a priority tax claim will be paid on such terms as are consistent with Section 1129(a)( C) of the Bankruptcy Code.

3.04        United States Trustee Fees.  All fees required to be paid by 28 U.S.C. 1930(a)(6) (U.S. Trustee fees) will be paid until the case is closed, dismissed or converted to another chapter of the Bankruptcy Code.  Any U.S. Trustee Fees owed on or before the effective date of the Plan will be paid on the effective date.

///

///

///

ARTICLE 4.    TREATMENT OF CLAIMS AND INTERESTS UNDER THE PLAN.

4.01    Claims and interests shall be treated as follows under the Plan.

4.02    Class 1.    The amount of the property taxes due to Los Angeles County. As of December 15, 2009, $_____ is due and will be paid from available cash.

Class 2.    There are no allowed claims.

Class 3.    The partially impaired secured claims are as follows. The estimated monthly payment for a modified secured loan at 5% for 30 years is shown.

    1.    Property Address: 1851 W. 85th St. Los Angeles
       Encumbrance       $ 403,200
       Secured Amount       262,000
       Impaired Amount      141,200
       Modified Loan Payment  $ 1,406 per month.

       Lender: SPS Mortgage
           P.O. Box 65250
           Salt Lake City, UT 84165

    2.    Property Address: 5149 7th Ave. St., Los Angeles
       Encumbrance       $ 396,000
       Secured Amount       290,000
       Impaired Amount      106,000

Modified Loan Payment  $ 1,557 per month.

Lender: BAC Home Loans Mortgage
P.O. Box 961206
Fort Worth, TX 76161

3. Property Address:  5459 10th Ave.
Los Angeles, CA

Encumbrance       $  420,000
Secured Amount       290,000
Impaired Amount      130,000
Modified Loan Payment  $ 1,557 per month.

Lender:    EMC Mtg. Refinance
P.O. Box 660753
Dallas TX 75226

4. Property Address: 114 New England St.
Los Angeles, CA

Encumbrance       $  852,408
Secured Amount       359,658
Impaired Amount      492,750
Modified Loan Payment  $ 1,931 per month.

Lender:  GMAC Mortgage
3451 Hammond Av

Waterloo, IA 50702

5. Property Address: 5728 10th Ave. Los Angeles

Encumbrance $ 292,500

Secured Amount 186,000

Impaired Amount 106,500

Modified Loan Payment $ 1,570 per month.

Lender: Indymac Bank Refinance

P.O. Box 78826

Phoenix Az 85062

6 Property Address - 2200 W. 73rd St., Los Angeles

Encumbrance $ 617,234

Secured Amount 380,000

Impaired Amount 237,234

Modified Loan Payment $ 2040 per month.

Lender: American Home Mortgage

P.O. BOX 66029

Dallas, TX 75226

7. Property Address - 7214 10th Ave., Los Angeles

Encumbrance $ 266,000

Secured Amount 155,000

      Impaired Amount  110,000

      Modified Loan Payment  $ 1,428 per month.


    Lender:  Aurora Loan Service

      P.O. Box 17060

      Scotts Bluff , NE 09363


  8  Property Address - 1246 W. 64th St., Los Angeles,


    Encumbrance  $ 350,917

    Secured Amount  144,000

    Impaired Amount  206,917

    Modified Loan Payment  $ 773 per month.


    Lender:  BAC Home Loans Mortgage

      P.O. Box 961206

      Fort, Worth, TX 76161



    TREATMENT


  The interest rate and amortization payments on the secured portion of this class will be modified to fully amortized loans at 30 years and an interest rate of 5%.  Any accrued and unpaid loan payments will be classified as unsecured debt and paid pursuant to treatment under Class 6 claims.

| | | |
|---|---|---:|
| Current Annual Income for eight properties | $ | 199,800 |
| Projected Annual Income for eight properties | $ | 367,800 |
| Estimated Annual loan payments as modified | $ | 139,956 |

Class 4.    The totally impaired claims consist of second trust deeds on the following properties:

1.   Property Address - 1246 W. 68th St. Los Angeles

| | | |
|---|---|---:|
| 1 st Trust Deed | $ | 352,500 |
| 2nd Trust Deed | | 94,000 |
| Fair market Value | $ | 144,000 |

Lender:    BAC Home Loans Mortgage
P.O. Box 961206
Fort, Worth TX 76161

2   Property Address -  1851 W. 85th St., Los Angeles

| | | |
|---|---|---:|
| 1 st Trust Deed | $ | 403,200 |
| 2nd Trust Deed | | 50,318 |
| Fair market Value | $ | 266,000 |

Lender:    SPS MORTGAGE
P.O. Box 65250
Salt Lake City, UT 84250

3   Property Address - 5459 10th Ave. Los Angeles

| | | |
|---|---|---:|
| 1 st Trust Deed | $ | 554,300 |

```
                2nd Trust Deed                    65,000
                Fair market Value         $      290,000


                              Lender:    EMC Mtg. Refinance
                                         P.O. Box 660753
                                         Dallas TX 75226


                 TREATMENT
```

These claims will be paid pursuant to treatment under Class 6 claims.

Class 5.    This claim is partially impaired and secures the Debtor's residence. The interest rate and payment amount will be adjusted to 5% interest and amortized payments on a 40 year basis. Any unpaid payments will be added to the principal of the note.

Property Address - 4711 4th Ave. Los Angeles, CA

```
            Encumbrance      $   714, 244
            Secured Amount       470,000
            Impaired Amount      244,310


            Lender:    Ocwen Loan Refinance
                       PO Box 785063
                       Orlando, FL 32878
```

Class 6.    Unsecured claims will be paid pro-rata at the rate of 5% of the total claim per year for a period of 5 years.

ARTICLE 5    ANALYSIS OF CASH FLOW

5.01    PROJECTED CASH FLOW ON MONTHLY BASIS FOR RESIDENTIAL PROPERTIES IS SHOWN ON ATTACHED EXHIBIT "A."

PROJECTED CASH FLOW OF RENTAL PROPERTIES ON ANNUAL BASIS UNDER PLAN OF REORGANIZATION

Estimated

| | |
|---|---:|
| Rental Income | $ 199,800 |
| Expenses | 11,760 |
| Mortgage Payments under Plan | 139,956 |
| Net Income | $ 48,084 |

///
///
///

5.02    PROJECTED CASH FLOW OF OWNER OCCUPIED PROPERTY ON ANNUAL BASIS UNDER PLAN OF REORGANIZATION

Estimated

| | |
|---|---|
| Rental Income | $ 64,400 |
| Expenses | 18,000 |
| Mortgage Payments under Plan | 35,880 |
| Net Income | $ 26,800 |

5.03    LIQUIDATION ANALYSIS

If the properties were liquidated by foreclosure it is estimated the net amount that the lenders would realize would equal $1,506,000. This is based on the fair market value of the properties, cost of foreclosure, and losses due to maintenance.

The plan of reorganization will secure a larger amount for the lenders than they would receive if the non all properties were liquidated by foreclosure.

The plan of reorganization would result in the Debtor preserving her business and allowing it to operate successfully in the future.

Dated: December 14, 2009    Law Offices of Cameron H. Totten

/s/ Cameron H. Totten
Proposed Attorney for Debtor in Possession
Orlanda Cunningham

# EXHIBIT "A"

Proposed Re-Organized Payments

| Address | estimated income | current mo. income | current mo. pymt | new secured mo. pymt |
|---|---:|---:|---:|---:|
| 1851 W 85th St | $8,000 | $3,466 | $3,290.00 | $1,406.00 |
| 5459 10th Ave | $1,800.00 | $1,800.00 | $3,465.00 | $1,556.00 |
| 1814 New England | $6,450.00 | $2,450.00 | $3,730.00 | $1,930.00 |
| 5728 10th Ave | $1,200.00 | $1,200.00 | $1,648.00 | $1,570.00 |
| 2200 w 73rd St | $8,000.00 | $4,641.00 | $3,790.00 | $2,039.00 |
| 7214 10th Ave | $1,200.00 | $1,200.00 | $1,581.00 | $832.00 |
| 1246 w 68th St | $4,000.00 | $2,000.00 | $3,055.00 | $773.00 |
| 5149 7th Ave | $1,800.00 | $1,800.00 | $3,227.00 | $1,557.00 |
| | | | | |
| TOTALS | $30,650.00 | $16,650.00 | $20,562.00 | 11,663.00 |

December 12, 2009