| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Cameron H. Totten, Esq. 180765<br>Law Offices of Cameron H. Totten<br>620 N. Brand Blvd., Ste. 405<br>Glendale, CA  91203<br>(818) 483-5795<br>(818) 230-9817<br><br>Attorney for Debtor in Possession Orlanda Cunningham | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 11<br>CASE NUMBER 2:09-bk-36912-BR |
|---|---|
| In re:<br><br>Cunningham, Orlanda<br><br>Debtor(s). | DATE: June 2, 2010<br>TIME: 2:00 p.m.<br>COURTROOM: 1668 |

# APPLICATION FOR PAYMENT OF:
## ☒ INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331)
## ☐ FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)

1. Name of Applicant *(specify)*: Cameron H. Totte, Esq.

2. Type of Services Rendered:

    a.  ☒ Attorney for *(specify)*: Debtor in Possession Orlanda Cunningham

    b.  ☐ Accountant for *(specify)*:

    c.  ☐ Other Professional *(specify)*:

3. Date of Filing of Petition under Chapter 11 of the Bankruptcy Code: October 2, 2009

4. Date of Entry of Order Approving Applicant's Employment: April 1, 2010

5. Date of Filing of last Fee and/or Expense Application: Not applicable

6. Total Fees allowed or paid to Applicant to Date (including Retainers and Prior Approved Fee Applications): $0

    a. Retainer received: $ 0

    b. Retainer remaining as of the date of this application: $ 0

    c. Total amount requested in all prior applications: $ 0

    d. Total amount actually paid pursuant to prior approved applications: $ 0

    e. Total amount currently due but unpaid pursuant to prior approved applications: $ 0

    f. Total amount allowed but reserved pending final fee application: $ 0

*(Continued on next page)*

___

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 2016-1.2**

Fee/Expense Application – *Page 2*

F 2016-1.2

| In re:<br>Cunningham, Orlanda | Debtor(s). | CHAPTER 11<br>CASE NO.: 2:09-bk-36912-BR |
|---|---|---|

7. **Summary of Requested Fees**: (Attach detailed supporting documentation to this Application)

| | Professional Person's Name | Hourly Rate | x | Total Hours this Person | = | Total Fees this Person |
|---|---|---|---|---|---|---|
| a. | Cameron H. Totten, Esq. | $200.00 | x | 125.7 | = | $25,140.00 |
| b. | | $ | x | | = | $ |
| c. | | $ | x | | = | $ |
| d. | | $ | x | | = | $ |
| e. | | $ | x | | = | $ |
| f. | | $ | x | | = | $ |

g. ☐ Continued on Attached Page

8. The hourly rates above are the same rates charged by the above professionals for non-bankruptcy services except as follows:  ☐ See Attached Page

9. Bonus requested (final fee applications only):  $
(Attach Declaration and Memorandum of Points and Authorities justifying bonus)

10. **TOTAL FEES REQUESTED THIS APPLICATION**: $25,140.00

11. Total Expenses paid to Applicant to Date (including Retainers and Prior Approved Expense Applications):  $ 0

12. **Summary of Requested Expense Reimbursement**: (Attach detailed supporting documentation to this Application)

| | Type of Expense | Reimbursement Requested for this Application |
|---|---|---|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| d. | | $ |
| e. | | $ |
| f. | | $ |

g. ☐ Continued on Attached Page

13. **TOTAL EXPENSE REIMBURSEMENT REQUESTED THIS APPLICATION**: $ 0

14. Applicant submits the following in support of the Application herein pursuant to Local Bankruptcy Rule 2016-1 *(specify)*:
Declaration of Cameron H. Totten in Support of Interim Fee Application

15. Total Number of attached pages of supporting documentation: 14

16. Applicant declares under penalty of perjury under the laws of the United States of America that the foregoing Application and all attached supporting documentation are true and correct and accurately reflect services rendered and expenses incurred.

17. Executed on the 5th day of May, 2010, at Glendale, California.

| Cameron H. Totten | /s/ Cameron H. Totten |
|---|---|
| *Type Name of Applicant* | *Signature of Applicant* |

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

F 2016-1.2

Fee/Expense Application – *Page 3*

F 2016-1.2

| In re:<br>Cunningham, Orlando<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NO.: 2:09-bk-36912-BR |
|---|---|

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 620 N. Brand Blvd., Ste. 405, Glendale, CA 91203.

A true and correct copy of the foregoing document described as Application for Payment of Interim Fees and/or Expenses will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On May 4, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Gilbert B. Weisman II (notices@becket-lee.com); Joe M. Lozano, Jr. (notice@NBSdefaultservices.com); Christopher M. McDermott, Joseph C Delmotte, Angela Fontanini & Caspar Rankin (ecfcacb@piteduncan.com); Cassandra Richey & David F. Makkabi (cmartin@pprlaw.net); John D. Schlotter (bkmail@mrdefault.com); Ramesh Singh (claims@recoverycorp.com); Alan Steven Wolf (wdk@wolffirm.com); Les A. Zieve (bankruptcy@zievefirm.com); Russell Clementson (russell.clementson@usdoj.gov); Matthew Duarte (mduarte@mccarthyholthus.com); Nichole Glowin (nglowin@wrightlegal.net, bkgroup@wrightlegal.net); Donna L. LaPorte (dlaporte@wrightlegal.net, bkgroup@wrightlegal.net); Ian Landsberg (ilandsberg@lm-lawyers.com, bgomelsky@landsberg-law.com, rbenitez@landsberg-law.com); Matthew Podmenik (lrodriguez@mccarthyholthus.com); Melissa Robbins (mrobbins@mccarthyholthus.com, rnguyen@mccarthyholthus.com); United States Trustee (LA) (ustpregion16.la.ecf@usdoj.gov).

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Orlanda Cunningham, 4711 4th Avenue, Los Angeles, CA 90043 (US Mail)

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Judge Barry Russell, 255 E. Temple St., Suite 1660, Los Angeles, CA 90012-3332

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 5, 2010 | Cameron H. Totten | /s/ Cameron H. Totten |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

_____
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

F 2016-1.2

Fee/Expense Application – *Page 4*

F 2016-1.2

| In re:<br>Cunningham, Orlando<br>Debtor(s). | CHAPTER 11<br>CASE NO.: 2:09-bk-36912-BR |
|---|---|

**ADDITIONAL SERVICE INFORMATION** (if needed):
All Unsecured Creditors were Served

AAA Visa
P.O. Box 85101
Dallas, TX 75258 (US Mail)

Advanta Bank Corp.
P.O. Box 8088
Philadelphia, PA 19101 (US Mail)

Apex Cardiology
501 E. Hardy Street
Inglewood, CA 90301 (US Mail)

Bank Of America
P.O. Box 15726
Wilmington, DE 19886 (US Mail)

Chase
P.O. Box 94014
Palatine, IL 60074 (US Mail)

Citi Cards
P.O. Box 6412
The Lakes, NV 88901 (US Mail)

CMRE Financial
3075 Imperial Highway
Brea, CA 92821 (US Mail)

Daniel Freeman Hospital
Dept. 774
P.O. Box 4113
Concord, CA 94524 (US Mail)

Dell Financial
1 Dell Way
Round Rock, TX 78682 (US Mail)

Hawthorne Morningside
12954 S. Hawthorne Blvd.
Hawthorne, CA 90250 (US Mail)

Los Angeles Tax Collector
P.O. Box 512102
Los Angeles, CA 90051-0102 (US Mail)

Marina Del Rey Hospital
4650 Lincoln Blvd.
Marina Del Rey, CA 90292 (US Mail)

___

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

F 2016-1.2

# **DECLARATION OF CAMERON H. TOTTEN**

I, Cameron H. Totten, declare as follows:

1. I am a licensed California attorney and the attorney of record for Debtor in Possession Orlanda Cunningham ("Debtor"). This declaration is made on my own personal knowledge, and if called upon to testify, I could and would competently testify thereto.

2. This declaration is made in support of my interim application for fees pursuant to LBR 2016-1 and sets forth the information required therein.

3. Debtor is a sole proprietor who operates sober living/transition housing, foster care and daycare through her nine residential properties, all of which are located in South Los Angeles. Based on Debtor's Monthly Operating Report for March 2010, Debtor has approximately $30,000 cash on hand and has been averaging a cash profit of approximately $3425 per month for each of the last 3 months.

4. Debtor filed her original plan of reorganization on December 14, 2009. However, Debtor will be filing and serving an amended plan of reorganization which will be served with proper notice for hearing on June 22, 2010.

5. Attached hereto as Exhibit "A" is a true and correct copy of my billing statement for the time period from the filing of Debtor's emergency Chapter 11 petition (October 2, 2009) to April 5, 2010. As set forth therein, I have

spent 125.7 hours on this matter. In addition to preparation of the required documents, because of the fact that this filing was the Debtor's third within a one year period, I was required to oppose several motions for relief from stay and file a motion to impose the stay.

6. Additionally, I worked with four of Debtor's secured lenders on stipulations for treatment of their debt within the plan of reorganization. Three stipulations have been entered into and filed. There is a tentative agreement with regard to the fourth secured lender. Also, prior to the filing of the within petition, Debtor filed an action in Los Angeles Superior Court which I removed to this court. Thus, legal services were provided beyond the minimal requirements.

7. I graduated from Tulane Law School in May 1995 and was admitted to the State Bar of California in December 1995. I have been practicing law full-time practice of law from my date of admission to the present. Bankruptcy has been the primary focus of my practice for approximately one year. I am a member of the American Bankruptcy Institute, National Association of Consumer Bankruptcy Attorneys and the Central District of California Consumer Bankruptcy Attorneys' Association. I actively attend seminars and instructional programs in bankruptcy law and participate in discussion groups with other bankruptcy attorneys.

8.  On April 5, 2010, I emailed a copy of the interim fee application and my billing statement, both of which are attached hereto, to Debtor along with a declaration stating that she does not object to the fee application.

9.  From April 5, 2010, to the present, I have had numerous conversations with Debtor, telephonically and in email, regarding the interim fee application. Debtor refuses to sign the declaration for two reasons: (1) she believes that there was a retainer when this case was filed; and (2) she generally believes that the amount of fees requested is too high.

10. With regard to the issue of the pre-petition retainer, I have informed Debtor on numerous occasions that, although she provided me a retainer approximately one month prior to the filing of this action, it was exhausted as a result of legal fees incurred on three other matters that I was handling for her. Thus, by the time this petition was filed on October 2, 2009, there was no further retainer remaining. Debtor's position is that it is not correct to state on the application that there was no retainer received on this case. To the contrary, I believe that it would be incorrect to state that there was a retainer received for this matter.

11. With regard to Debtor's general objections to the amount of fees, Debtor has stated that the amount is too high but has not provided any specifics or challenged any entries on the billing statement.

///

12. I have reviewed LBR 2016-1 and believe that this declaration and the accompanying fee application comply with this rule.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 5th day of May, 2010, at Glendale, California.

/s/ Cameron H. Totten
Cameron H. Totten

# EXHIBIT "A"

**Law Offices of Cameron H. Totten**

620 N Brand Blvd, Ste 405
Glendale, CA  91203
Telephone: 818-483-5795
Fax: 818-230-9817

April 5, 2010

Orlanda Cunningham                                                                                              Invoice No. 8

---

Client Number:    CUNAA00035  Orlanda Cunningham
Matter Number:    1236  Chapter 11
**For Services Rendered Through 4/5/2010.**

---

### Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 10/03/2009 | CHT | Review and analysis of Trustee's 7 day requirements | 0.40 | $80.00 |
| 10/06/2009 | CHT | Telephone call with A. Sarver re consultation and strategy for further handling (.6); Preparation of email to O. Cunningham re Telephone call with A. Sarver (.6); Review and analysis of email from O. Cunningham re further handling (.1) | 1.30 | $260.00 |
| 10/06/2009 | CHT | Legal research re Chapter 11 procedural requirements after filing (.9); legal research re lienstripping in Chapter 11 cases (1.3); Preparation of email to O. Cunningham re procedural requirements (.2) | 2.40 | $480.00 |
| 10/08/2009 | CHT | Review and analysis of Deficiency Notice and Meeting of Creditors Notice (.1); preparation of email to O. Cunningham re Deficiency Notice and Meeting of Creditors (.3); review and analysis of Cal-Western's response to O. Cunnigham's qualified written request (.6); Preparation of email to O. Cunningham re Cal-Western's qualified written request (.1) | 1.10 | $220.00 |
| 10/09/2009 | CHT | Legal research re requirements and duties of debtor in possession in Chapter 11 (1.3); Preparation of email to O. Cunningham re debtor in possession requirements (.2); preparation of Responses to Trustee's 7-day Requirements (1.8); review and analysis of notice of meeting with bankruptcy analyst (.1); preparation of email to O. Cunningham re meeting with banrkuptcy analyst (.1) | 3.50 | $700.00 |
| 10/16/2009 | CHT | Preparation of letter to trustee re 7-day requirements | 0.40 | $80.00 |

**Continued On Next Page**

| | | | | |
|---|---|---|---|---|
| **Client Number:** | CUNAA00035 | | | 04/05/2010 |
| **Matter Number:** | 1236 | | | Page: 2 |

| | | | | |
|---|---|---|---|---|
| 10/18/2009 | CHT | Preparation of Schedules, Statement of Financial Affairs and related documents | 4.80 | $960.00 |
| 10/19/2009 | CHT | Further Preparation of Schedules, Statement of Financial Affairs and related documents | 3.30 | $660.00 |
| 10/21/2009 | CHT | Meeting with bankruptcy analyst (2.8); meeting with O. Cunningham re further handling (.7); preparation of email to O. Cunningham re summary of meeting with bankruptcy analyst and further handling (.6) | 4.10 | $820.00 |
| 10/26/2009 | CHT | Review and analysis of response to qualified written response from IndyMac Bank (.1); preparation of email to O. Cunningham re authorization for response to qualified written response (.1) | 0.20 | $40.00 |
| 10/27/2009 | CHT | Review of order for filing Chapter 11 plan and disclosure statement (.1); preparation of email to O. Cunninghm re order and further handling (.1) | 0.20 | $40.00 |
| 10/30/2009 | CHT | Review and analysis of correspondence and docuemnts from ASC in response to qualified written request (.6); preparation of email to O. Cunningham re ASC response to qualified written request (.1) | 0.70 | $140.00 |
| 11/09/2009 | CHT | Review and analysis of Wells Fargo's proof of claim (.3); preparation of email to O. Cunningham re Wells Fargo's proof of claim (.1) | 0.40 | $80.00 |
| 11/10/2009 | CHT | Review and analysis of Trustee's Motion to Dismiss (.2); Preparation of email to O. Cunningham re Motion to Dismiss (.5); Review and analysis of email from O. Cunningham re Motion to Dismiss (.1); preparation of declaration of O. Cunningham re trustee requirements (.3); telephone call with B. Shildkraut re meeting of creditors and underlying facts (.4) | 1.50 | $300.00 |
| 11/12/2009 | CHT | Prepare for and attend meeting of creditors (2.6); preparation of email to O. Cunningham re summary of meeting of creditors and further handling (.7) | 3.30 | $660.00 |
| 11/13/2009 | CHT | Review and analysis of O. Cunningham's deeds of trusts re cash collateral and rent assignment provisions (.9); legal research re cash collateral requiremensts (1.2) | 2.10 | $420.00 |
| 11/16/2009 | CHT | Preparation of amended schedules | 0.70 | $140.00 |
| 11/17/2009 | CHT | Review and analysis of letter from Bank of America re qualified written request (.1); preparation of email to O. Cunningham re Bank of America's response to qualified written request (.1) | 0.20 | $40.00 |

**Continued On Next Page**

| Client Number: | CUNAA00035 | | | 04/05/2010 |
| Matter Number: | 1236 | | | Page: 3 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 11/19/2009 | CHT | Review and analysis of EMC's response to O. Cunningham's qualified written request (.4); preparation of email to O. Cunningham re EMC's response to qualified written request (.1); review and analysis of Bank of America's response to qualified written request (.1); preparation of email to O. Cunningham re Bank of America's response to qualified written request (.1) | 0.70 | $140.00 |
| 11/23/2009 | CHT | Review and analysis of email from R. Siegel re automatic stay and loan with ASC (.1); preparation of emails to O. Cunnigham re email from R. Siegel and ASC loan (.3); preparation of email to R. Siegel re ASC loan (.2); review and analysis of emails from O. Cunningham re ASC loan (.1); review and analysis of SMBC's response to qualified written request (.3); preparation of email to O. Cunningham re SMBC's response to qualified written request (.1); legal research re involuntary conversion to Chapter 7 (.9); preparation of email to O. Cunningham re involuntary conversion to Chapter 7 (.2) | 2.20 | $440.00 |
| 11/24/2009 | CHT | Review and analysis of correpondence from GMAC re loan modification application (.2); preparation of email to O. Cunningham re GMAC loan modification application (.1); review and analysis of email from R. Siegel re modification of ASC loan (.2); review and analysis of email from R. Siegal from modification of ASC loan (.1) | 0.60 | $120.00 |
| 11/25/2009 | CHT | Review and analysis of email from R. Siegel re modification of ASC loan (.1); review and analysis of IRS's proof of claim (.2); preparation of emails to O. Cunningham re IRS's proof of claim and further handling (.4) | 0.70 | $140.00 |
| 12/08/2009 | CHT | Review and analysis of Wells Fargo's Motion for Relief from Stay (.2); preparation of email to O. Cunningham re Wells Fargo's Motion for Relief from Stay (.2); review and analysis of Bank of America's proof of claim (.3); preparation of email to O. Cunningham re Bank of America's proof of claim (.1) | 0.80 | $160.00 |
| 12/11/2009 | CHT | Preparation of Debtor's Objections to Trustee's Motion to Dismiss (2.2) | 2.20 | $440.00 |
| 12/11/2009 | CHT | Preparation of plan of reorganization | 4.70 | $940.00 |
| 12/13/2009 | CHT | Further preparation of plan of reorganization (3.9); preparation of disclosure statement (2.4); review of and revisions to Objections to Motion to Dismiss (.3) | 6.60 | $1,320.00 |
| 12/14/2009 | CHT | Preparation of disclosure statement (3.1); preparation of email to O. Cunningham re plan of reorganization and disclosure statement (.2) | 3.30 | $660.00 |

Continued On Next Page

| Client Number: | CUNAA00035 | | | 04/05/2010 |
|---|---|---|---|---|
| Matter Number: | 1236 | | | Page: 4 |

| | | | | |
|---|---|---|---|---|
| 12/16/2009 | CHT | Prepare for and attend hearing on trustee's motion to dismiss (2.7); meeting with O. Cunningham re further handling (.6) | 3.30 | $660.00 |
| 12/22/2009 | CHT | Legal research re requirements for application for employment (.6); preparation of application for employment (2.7); preparation of email to O. Cunningham re application for employment (.2) | 3.50 | $700.00 |
| 12/27/2009 | CHT | Preparation of Opposition to Wells Fargo's Motion for Relief from Stay | 2.70 | $540.00 |
| 12/31/2009 | CHT | Preparation of notice of removal of Cunningham v. Greenpoint action to bankruptcy court and related documents (3.3); legal research re procedural and jurisdictional requirements for removal of action to bankruptcy court (1.4) | 4.70 | $940.00 |
| 01/04/2010 | CHT | Telephone call with Mary at Taranto Appraisers re appraisal of 7214 10th Avenue (.3); preparation of email to O. Cunningham re telephone call with Mary at Taranto Appraisers (.1) | 0.40 | $80.00 |
| 01/06/2010 | CHT | Review and analysis of US Bank's Motion for Order Confirming that No Stay in Effect (.2); preparation of email to O. Cunningham re U.S. Bank's Motion for Order Confirming that No Stay in Effect (.2); prepare for and attend hearing on Wells Fargo's Motion for Relief from Stay (2.9) | 3.30 | $660.00 |
| 01/08/2010 | CHT | Review and analysis of email from O. Cunningham re payment attempts with Aurora (.1); preparation of email to O. Cunningham re payment attempts with Aurora (.2) | 0.30 | $60.00 |
| 01/12/2010 | CHT | Review and analysis of Bank of America's response to O. Cunningham's qualified written request for 1246 68th Street (.4); preparation of email to O. Cunningham re Bank of America's response to O. Cunningham's qualified written request (.1) | 0.50 | $100.00 |
| 01/13/2010 | CHT | Prepare for and attend hearing on plan of reorganization and disclosure statement (2.7); meeting with O. Cunningham re further handling (.6) | 3.30 | $660.00 |
| 01/15/2010 | CHT | Preparation of Motion for Order Imposing Stay and Declaration of O. Cunningham in support thereof (2.5); preparation of email to O. Cunningham re Motion for Order Imposing Stay and supporting declaration (.2) | 2.70 | $540.00 |
| 01/18/2010 | CHT | Review and analysis of Wells Fargo's (Structured Asset Trust) Motion for Relief from Stay (.3); preparation of email to O. Cunningham re Wells Fargo's Motion for Relief from Stay (.1) | 0.40 | $80.00 |

Continued On Next Page

| Client Number: | CUNAA00035 | | | 04/05/2010 |
|---|---|---|---|---|
| Matter Number: | 1236 | | | Page: 5 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 01/18/2010 | CHT | Review and analysis of order to show cause re remand of Cunningham v. Greenpoint action (.1); preparation of email to O. Cunningham re order to show cause (.1); review and analysis of notice of continuance of Wells Fargo's Motion for Relief from Stay (.1); preparation of email to O. Cunningham re continuance of Motion for Relief from Stay (.1) | 0.40 | $80.00 |
| 01/23/2010 | CHT | Review and analysis of email from C. McDermott re stipulation for treatment of GMAC loan on 1814 New England in Chapter 11 plan (.1); preparation of email to O. Cunningham re email from C. McDermott (.1) | 0.20 | $40.00 |
| 01/26/2010 | CHT | Preparation of Opposition to US Bank's Motion for Order Confirming that No Stay is in Effect (3.4); preparation of Opposition to Wells Fargo (Structured Assets)'s Motion for Relief from Stay (1.9) | 5.30 | $1,060.00 |
| 01/27/2010 | CHT | Review and analysis of Bank of America's response to qualified written request re 5149 W. 7th Avenue (.4); preparation of email to O. Cunningham re Bank of America's response to qualified written request (.1); review and analysis of Bank of America's proof of claim re 1246 W. 68th Street (.2); preparation of email to O. Cunningham re Bank of America's proof of claim (.1); preparation of declaration of Cameron Totten in support of application for employment (.5) | 1.30 | $260.00 |
| 01/28/2010 | CHT | Review of and revisions to plan of reorganization and disclosure statement (2.2) | 2.20 | $440.00 |
| 02/02/2010 | CHT | Review and analysis of Aurora's Motion to Dismiss Adversary Proceeding (.7); preparation of email to O. Cunningham re Motion to Dismiss (.1); review and analysis of emails from R. Arlas re dismissal of Greenpoint and further handling (.2); preparation of email to R. Arlas re dismissal of Greenpoint and further handling (.2) | 1.20 | $240.00 |
| 02/03/2010 | CHT | Review and analysis of email from M. Vermillion re stipulation for treatment of secured debt on 5149 7th Avenue in Chapter 11 plan (.1); preparation of email to O. Cunningham re email from M. Vermillion (.1); preparation of email to C. McDermott re offer (.1) | 0.30 | $60.00 |
| 02/04/2010 | CHT | Preparation of email to C. McDermott re acceptance of offer (.1); review and analysis of emails from O. Cunningham re acceptance of offers (.1); preparation of Notice of Hearing re Chapter 11 Plan and Disclosure Statement and Proof of Service (.4) | 0.60 | $120.00 |

Continued On Next Page

| Client Number: | CUNAA00035 | | | 04/05/2010 |
|---|---|---|---|---|
| Matter Number: | 1236 | | | Page: 6 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 02/05/2010 | CHT | Review and analysis of Advanta's proof of claim (.1); review and analysis of Wells Fargo's Supplemental Declaration in support of Motion for Relief from Stay (.2); preparation of email to O. Cunningham re proof of claim and supplemental declaration (.1) | 0.40 | $80.00 |
| 02/06/2010 | CHT | Review and analysis of Aurora's Motion to Expunge Lis Pendens and supporting documents (.8); preparation of email to O. Cunningham re Motion to Expunge (.1) | 0.90 | $180.00 |
| 02/09/2010 | CHT | Prepare for and attend hearing on Wells Fargo's Motion for Relief from Stay | 3.30 | $660.00 |
| 02/10/2010 | CHT | Prepare for and attend hearing on Wells Fargo (Structured Asset)'s Motion for Relief from Stay (2.7); review and analysis of email from M. Vermillion re acceptance of offer re treatment of secured debt (.1); preparation of email to O. Cunningham re acceptance of offer (.1) | 2.90 | $580.00 |
| 02/11/2010 | CHT | Review and analysis of email and attachment from M. Vermillion re stipulation for treatment of secured debt (.3); preparation of email to O. Cunningham re stipulation (.1); review and analysis of email and attachments from G. Babcok re modificaiton of loan on 7214 10th Avenue (.3); preparation of email to O. Cunningham re application for loan modification of loan on 7214 10th Avenue (.1) | 0.80 | $160.00 |
| 02/13/2010 | CHT | Review and analysis of US Bank's Opposition to Debtor's Motion to Impose Stay and supporting documents (.4); preparation of email to O. Cunningham re Opposition to Motion to Impose Stay (.1) | 0.50 | $100.00 |
| 02/16/2010 | CHT | Review and analysis of email from M. Duarte re request for dismissal of adversary proceeding (.1); preparation of email to M. Duarte re request for dismissal of adversary proceeding and continuance of hearing on motion to dismiss (.2); preparation of email to O. Cunningham re correspondence with M. Duarte (.1); review and analysis of email from O. Cunningham re correspondence with M. Duarte (.1) | 0.50 | $100.00 |
| 02/17/2010 | CHT | Prepare for and attend hearing on Motion to Impose Stay (2.6); preparation of emails to O. Cunningham re hearing on Motion to Impose Stay and further handling (.4); review and analysis of emails from O. Cunningham re hearing on Motion to Impose Stay and further handling (.1) | 3.10 | $620.00 |
| 02/18/2010 | CHT | Preparation of emails to O. Cunningham re analysis and further handling without automatic stay and further handling of matter generally (.8); review and analysis of emails from O. Cunningham re further handling (.1) | 0.90 | $180.00 |

Continued On Next Page

| Client Number: | CUNAA00035 | | | 04/05/2010 |
| Matter Number: | 1236 | | | Page: 7 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 02/19/2010 | CHT | Review and analysis of email from M. Vermillion re revision to stipulation (.1); preparation of email to O. Cunningham re revision to stipulation (.2); preparation of emails to O. Cunningham re legal analysis and further handling of adversary proceeding (.9); review and analysis of emails from O. Cunningham re further handling of adversary proceeding (.1) | 1.30 | $260.00 |
| 02/21/2010 | CHT | Review and analysis of email and attachment from G. Babcock re GMAC stipulation (.3); review and analysis of email and attachment from G. Babcock re EMC stipulation (.2); preparation of emails to O. Cunningham re GMAC and EMC stipulations (.2) | 0.70 | $140.00 |
| 02/22/2010 | CHT | Review and analysis of emails from O. Cunningham re stipulations re treatment of claims and further handling (.2); preparation of emails to O. Cunningham re stipulations re treatment of claims and further handling (.3) | 0.50 | $100.00 |
| 02/23/2010 | CHT | Review and analysis of email from G. Babcock re documents required for loan modification proposal (.1); preparation of email to O. Cunningham re required documents (.1) | 0.20 | $40.00 |
| 02/25/2010 | CHT | Review and analysis of email from G. Babcock re further documents required for loan mod proposal (.1); preparation of email to O. Cunningham re further documents required (.1); review and analysis of email and attachments from G. Babcock re OWB loan mod proposal (.2); preparation of email to O. Cunningham re OWB loan mod proposal (.1) | 0.60 | $120.00 |
| 02/26/2010 | CHT | Review and analysis of emails from G. Babcock re documents required for loan mod proposal (.1); preparation of emails to G. Babcock re documents required for loan mod proposal (.3); review and analysis of emails and faxes from O. Cunningham re documetns required for loan mod proposal (.2); preparation of emails to O. Cunningham re documents required for loan mod proposal (.2) | 0.80 | $160.00 |
| 02/28/2010 | CHT | Preparation of Notice of Voluntary Dismissal of Aurora from Adversary Proceeding | 0.40 | $80.00 |
| 03/01/2010 | CHT | Telephone call with L. Hill re appraisal of 7214 10th Avenue (.2); preparation of email to O. Cunningham re appraisal (.2); Preparation of emails to O. Cunningham re Aurora/ASC loan modification (.3); review and analysis of emails from O. Cunningham re Aurora/ASC loan modification (.1) | 0.80 | $160.00 |
| 03/02/2010 | CHT | Preparation of email to O. Cunningham re further handing of 1851 W. 85th Street and adversary proceeding (.2); review and analysis of email from O. Cunningham re further handling (.1) | 0.30 | $60.00 |

**Continued On Next Page**

| Client Number: | CUNAA00035 | | | 04/05/2010 |
|---|---|---|---|---|
| Matter Number: | 1236 | | | Page: 8 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 03/03/2010 | CHT | Review and analysis of email from M. Duarte re withdrawal of lis pendens (.1); preparation of email to O. Cunningham re withdrawal of lis pendens and further handling of adversary proceeding (.2) | 0.30 | $60.00 |
| 03/04/2010 | CHT | Review and analysis of email from G. Babcock re additional documents required for loan mod proposal (.1); preparation of email to O. Cunningham re additional documents required for loan mod proposal (.1) | 0.20 | $40.00 |
| 03/07/2010 | CHT | Review and analysis of email and attachment from G. Babcock re revised GMAC stipulation (.2) | 0.20 | $40.00 |
| 03/09/2010 | CHT | Prepare for and Attend Hearing on Disclosure Statement and Plan of Reorganization (2.2); meeting with O. Cunningham and D. Lilly re further handling (1.5); Prepare for and Attend hearing on Motion for Relief From Stay (1.9) | 5.60 | $1,120.00 |
| 03/10/2010 | CHT | Review of email from M. Vermillion re revised stipulation (.1); preparation of emails to O. Cunningham re revised stipulation (.2); review of email from O. Cunningham re revised stipulation (.1) | 0.40 | $80.00 |
| 03/11/2010 | CHT | Preparation of email to C. McDermott re stipulations and hearing on motion for relief from stay | 0.20 | $40.00 |
| 03/15/2010 | CHT | Preparation of email to M. Vermillion re revisions to stipulation (.2); review of and revisions to stipulation (.3); review and analysis of email from M. Vermillion re revisions to stipulation (.1) | 0.60 | $120.00 |
| 03/15/2010 | CHT | Review and analysis of fax from O. Cunningham re tax documents in support of Aurora modification (.2); Preparation of email to G. Babcock re tax documents in support of modification (.2). | 0.40 | $80.00 |
| 03/16/2010 | CHT | Preparation of email to O. Cunningham re remaining stipulations | 0.20 | $40.00 |
| 03/16/2010 | CHT | Review and analysis of email from M. Vermillion re stipulation (.1); Preparation of email to M. Vermillion re stipulation (.2) | 0.30 | $60.00 |
| 03/24/2010 | CHT | Review and analysis of emails from O. Cunningham re notice of default on 1851 85th St. and pending trustee's sale (.2); preparation of emails to O. Cunningham re further handling of 1851 85th Street (.4) | 0.60 | $120.00 |

Continued On Next Page

| | | | | |
|---|---|---|---|---|
| **Client Number:** | CUNAA00035 | | | 04/05/2010 |
| **Matter Number:** | 1236 | | | Page: 9 |

| Date | TK | Description | Hours | Amount |
|---|---|---|---:|---:|
| 03/29/2010 | CHT | Telephone call with D. Fujimoto re notice of trustee's sale on 1851 85th (.3); preparation of email to O. Cunningham re telephone call with D. Fujimoto (.2); review and analysis of email from C. McDermott re modfication of payment amount in stipulation (.1); preparation of email to O. Cunningham re modification of payment amount in stipulation (.1); review and analysis of email from O. Cunningham re modification of payment amount (.1) | 0.80 | $160.00 |
| 03/30/2010 | CHT | Telephone call with Cal Western re trustee's sale on 1851 85th Street (.4); preparation of emails to O. Cunningham re trustee's sale (.2); review and analysis of emails from 1851 85th Street (.1) | 0.70 | $140.00 |
| 03/31/2010 | CHT | Prepare for and attend continued hearing on Wells Fargo's Motion for Relief from Stay (2.6); preparation of email to O. Cunningham re hearing on Motion for Relief from Stay (.2) | 2.80 | $560.00 |
| 04/01/2010 | CHT | Telephone call with ASC re trustee's sale on 1851 85th Street (.5); preparation of emails to O. Cunningham re telephone call with ASC and further handling (.4) | 0.90 | $180.00 |
| 04/02/2010 | CHT | Preparation of email to R. Siegel re foreclosure by ASC (.2); preparation of emails to O. Cunningham re attempts to contact ASC and further handling (.2) | 0.40 | $80.00 |
| 04/05/2010 | CHT | Preparation of application for interim fees (2.4); telephone call with ASC re continuance of trustee's sale (.4); preparation of emails to O. Cunningham re request for continuance of trustee's sale (.3); review and analysis of emails from O. Cunningham re request for continuance of trustee's sale (.1) | 3.20 | $640.00 |
| | | **Billable Hours / Fees:** | **125.70** | **$25,140.00** |

## Timekeeper Summary

Timekeeper CHT worked 125.70 hours at $200.00 per hour, totaling $25,140.00.

| | |
|---:|---:|
| **Prior Balance:** | $0.00 |
| **Payments Received:** | $0.00 |
| **Current Fees:** | $25,140.00 |
| **Advanced Costs:** | $0.00 |
| **TOTAL AMOUNT DUE:** | **$25,140.00** |

Thank You for Letting Us Serve You.
Payment Due Upon Receipt.