Roy C. Dickson, Esq. State Bar No. 105583
**DICKSON & ASSOCIATES**
**A Professional Law corporation**
2323 North Tustin Avenue, Suite I
Santa Ana, California 92701
Telephone: (714) 541-8080
Facsimile: (714) 541-8090

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

In re:

ORLANDA CUNNINGHAM,

Debtor,

| |
|---|
| Case No.: 09-36912 |
| Chapter 11 |
| **NOTICE OF FILING THIRD AMENDED PLAN OF REORGANIZATION FOR DEBTOR** |
| **Date: October 26, 2010** |
| **Time: 2:00 p.m.** |
| **Ctrm: 1668, 16th Floor** |

Debtor, ORLANDA CUNNINGHAM, hereby files her Second amended Plan of Reorganization as set forth below:

ARTICLE 1.   SUMMARY

The following sets forth the Classes of Claims and their proposed treatment under this Reorganization Plan. A more detailed history of the Debtor's business is set forth in the Debtor's Disclosure Statement.

///

///

///

1

DEBTOR'S THIRD AMENDED PLAN OF REORGANIZATION

ARTICLE 2.   CLASSIFICATION OF CLAIMS AND INTERESTS

1.01    Class 1.    Priority Claims and Costs of Administration. The priority claims consist of claims for property taxes payable to Los Angeles County. There are no unpaid property taxes. This class includes professional fees of attorneys and paralegals whom have assisted the debtor.

2.01    Class 2.    There are no allowed claims.

2.02    Class 3.    The following entities have secured claims. The amounts of the claims are partially impaired. These claims are against investment type rental property. These claims are divided into subclasses based on the location of the properties.

2.03    Class 4    The following entities have totally impaired secured claims. These are second trust deeds that are wholly unsecured as property value is less than the amount of the fair market value.

2.04    Class 5.    The following entity has a secured claim that is partially impaired. It is the mixed use property where the Debtor resides. The Debtor resides at the property and conducts her child care business at this site.

2.05    Class 6.    All unsecured claims as set forth on Schedule F of the petition.

ARTICLE 3.   TREATMENT OF ADMINISTRATIVE EXPENSE CLAIMS, U.S. TRUSTEES FEES AND PRIORITY TAX CLAIMS.

3.01    Unclassified claims. There are no unclassified claims.

2

DEBTOR'S THIRD AMENDED PLAN OF REORGANIZATION

3.02    Administrative Expense Claims. Each holder of an administrative expense claim allowed
under Section 503 of the Code will be paid in full on the effective date of this plan, in
cash, or upon such other terms as may be agreed upon by the holder of the claims and
the Debtor. These fees include attorney and paralegal fees. They are estimated at
$10,000 for each.

3.03    Priority Tax Claims. Each holder of a priority tax claim will be paid on such terms as are
consistent with Section 1129(a)(C) of the Code.

3.04    United States Trustee Fees. All fees required to be paid be 28 USC 1930(a)(6) U.S.
Trustee fees will be paid until the case is closed, dismissed or converted to another
chapter of the Code. Any U.S. Trustee Fees owed on or before the effective date of the
Plan will be paid on the effective date.

ARTICLE 4.    TREATMENT OF CLAIMS, U.S. TRUSTEES FEES AND INTERESTS
UNDER THE PLAN.

4.01    Claims and interests shall be treated as follows under the Plan.

4.02    Class 1.        The amount of property taxes due to Los Angeles County. As of January
15, 2010 there are no property taxes due. Future property taxes and
insurance will be impounded and be a part of the new monthly payments
or the modified loans.

Class 2.        There are no allowed claims.

3

DEBTOR'S THIRD AMENDED PLAN OF REORGANIZATION

Class 3.        The partially impaired secure claims are as follows. The estimated

monthly payment for a modified secured loan at 5% for 30 years is shown.

Sub Class 3 A.

Property Address: 1851 W. 85th St., Los Angeles, CA

| | |
|---|---|
| Encumbrance | $403,200 |
| Secured Amount | $266,000 |
| Impaired Amount | $137,200 |
| Modifies Mo. Payments | $1,428 |
| Impounds Taxes | $747.10 |

Lender: ASC Mortgage

P.O. Box 10388

Des Moines, IA 50306


Sub Class 3 B.

Property Address: 5149 W. 7th St., Los Angeles, CA

| | |
|---|---|
| Encumbrance | $396,800 |
| Secured Amount | $290,000 |
| Impaired Amount | $106,000 |
| Modifies Mo. Payments | $1,738.70 (Stip. 3/24/10) |
| Impounds Taxes | $928.20 |

Lender: BAC Home Loans Mortgage

c/o Prober & Raphael

20730 Ventura Blvd. #100

Woodland Hills, CA 91364


Sub Class 3 C.

Property Address: 5459 10th Ave., Los Angeles, CA

| | |
|---|---|
| Encumbrance | $555,284 |

4

DEBTOR'S THIRD AMENDED PLAN OF REORGANIZATION

| | Secured Amount | $290,000 |
| | Impaired Amount | $277,719 |
| | Modifies Mo. Payments | $1,557 (Stip. Filed on April 19, 2010) |
| | Impounds Taxes | $991.50 |

Lender: Wells Fargo Bank

      c/o Pite Duncan, LLP

      4375 Jutland Dr. Suite 200

      San Diego, CA 92177-0933

Sub Class 3 D.

Property Address: 1814 New England St., Los Angeles, CA

| | Encumbrance | $765,000 |
| | Secured Amount | $500,000 |
| | Impaired Amount | $346,539 |
| | Modifies Mo. Payments | $2,798.98 (Stip. Filed on April 19, 2010) |
| | Impounds Taxes and Insurance | $1036.48 |

Lender: Deutsche Bank

      c/o Pite Duncan, LLP

      P.O. Box 17933

      San Diego, CA 92177-0933

Sub Class 3 E.

Property Address: 5728 10th Ave., Los Angeles, CA

| | Encumbrance | $300,952.98 |
| | Secured Amount | $209,000 |

5

DEBTOR'S THIRD AMENDED PLAN OF REORGANIZATION

| | |
|---|---|
| Impaired Amount | $91,452.92 |
| Modifies Mo. Payments | $1,154.11 |

Stipulation June 18, 2010

Lender: One West Bank, FSB

P.O. Box 78826

Phoenix, AZ 85062

**Terms of Stipulation filed on June 21, 2010 controls.**

Sub Class 3 F.

Property Address: 2200 W. 73rd St., Los Angeles, CA

| | |
|---|---|
| Encumbrance | $617,234 |
| Secured Amount | $375,000 |
| Impaired Amount | $277,233 |
| Modifies Mo. Payments | $1,878.68 |
| Impound taxes | $360.00 |

Lender: American home Mortgage

P.O. Box 66029

Dallas, TX 75226


Sub Class 3 G.

Property Address: 1246 W. 68th St., Los Angeles, CA

| | |
|---|---|
| Encumbrance | $352,500 |
| Secured Amount | $186,000 |
| Impaired Amount | $166,500 |
| Modifies Mo. Payments | $988.49 |
| Impounds Taxes | $327.12 |

Lender: BAC Home Loans Mortgage

P.O. Box 961206

Fort Worth, TX 76161

6

DEBTOR'S THIRD AMENDED PLAN OF REORGANIZATION

TREATMENT

The notes and trust deeds of each Sub Class will be modified to have a new 30 year note with interest 5% per annum, fully amortized unless a different term is provided by stipulation. Any loan arrearages at date of approval will be classified as unsecured debt and paid pursuant to treatment under Class 6 claims. If Debtor has stipulated to a different treatment it is reflective above.

| | |
|---|---|
| Current Annual Income for seven properties | $185,400 |
| Projected Annual Income for seven properties | $353,400 |
| Estimated Annual Loan Payments as modified | $143,784 |

Class 4.    The totally impaired claims consist of second trust deeds on the following properties:

1.  Property Address: 1246 W. 68th St., Los Angeles, CA

| | |
|---|---|
| 1st Trust Deed | $352,500 |
| 2nd Trust Deed | $94,000 |
| Fair Market Value | $186,000 |

Lender: BAC Home Loans Mortgage

P.O. Box 961206

Fort Worth, TX 76161

2.  Property Address: 1851 W. 85th St., Los Angeles, CA

| | |
|---|---|
| 1st Trust Deed | $403,200 |
| 2nd Trust Deed | $50,312 |
| Fair Market Value | $266,000 |

7

DEBTOR'S THIRD AMENDED PLAN OF REORGANIZATION

Lender: SPS MORTGAGE

P.O. Box 65250

Salt Lake City, UT 84250

3.  Property Address: 5459 10th Ave., Los Angeles, CA

| | |
|---|---|
| 1st Trust Deed | $554,300 |
| 2nd Trust Deed | $65,000 |
| Fair Market Value | $290,000 |

Lender: EMC Mtg. Refinance

P.O. Box 660753

Dallas, TX 75226

4.  Property Address: 5149 7th Ave., Los Angeles, CA

| | |
|---|---|
| 1st Trust Deed | $396,800 |
| 2nd Trust Deed | $74,203 |
| Fair Market Value | $290,000 |

Lender: BAC Home Loans Mortgage

P.O. Box 961206

Fort Worth, TX 76161

5.  Property Address: 5728 10th Ave., Los Angeles, CA

| | |
|---|---|
| 1st Trust Deed | $292,500 |
| 2nd Trust Deed | $117,701 |
| Fair Market Value | $209,000 |

Lender: WAMU

900 S. Second St.

Coos Bay, OR 57420

DEBTOR'S THIRD AMENDED PLAN OF REORGANIZATION

1

          TREATMENT

2

3   These claims will be paid pursuant to treatment under Class 6 claims.

4

5

6        Class 5.      The real property that secures this claim is a Duplex: address 4711 and

7                    4713 4th Avenue, Los Angeles, California 90043. The Debtor's principle

8                    residence is at the 4711 address and the 4713 address is her licensed Day

9                    Care business. This claim is partially impaired and secures Debtor's

10                  residence. The property is used as the Debtor's residence and operation of

11                  her child care business. The first trust deed will be modified to principal

12                  equal to its fair market value. The second trust deeds and any arrearages

13                  thereon, being wholly impaired, will be classified as a Class 6 claim and

14                  paid and discharged as all other Class 6 claims. The first trust deed will be

15                  modified to a loan with principal equal to the fair market value. The

16                  principal will be paid on a 30 year basis at 5% interest for 30 years.

17

18              1.  Property Address: 4711 4$^{h}$ Ave., Los Angeles, CA

| | |
|---|---|
| First Trust Deed | $714,973 |
| Second Trust Deed | $46,713 |
| Secured Amount | $470,000 |
| Impaired Amount | $289,744 |
| Modified Mo. Payment | $2,600.06 |

Lender: Ocwen Loan Refinance (1st)

          P.O. Box 785063

          Orlando, FL 32878

Lender: WAMU/SBA (2nd)

          P.O. Box 740172

DEBTOR'S THIRD AMENDED PLAN OF REORGANIZATION

Atlanta, GA 30374-0192

Class 6.          Unsecured claims will be discharged in 60 equal monthly payments of an amount equal to 5% of the total of all Class 6 claims. At the conclusion of these payments, any remaining balance will be discharged.

ARTICLE 5.    ANAYSIS OF CASH FLOW

5.01    PROJECTED CASH FLOW ON MONTHLY BASIS FOR RESIDENTIAL PROPERTIES IS SHOWN ON ATTACHED EXHIBIT A.

PROJECTED CASH FLOW OF RENTAL PROPERTIES ON ANNUAL BASIS UNDER PLAN OF REORGANIZATION

Estimated

| | |
|---|---|
| Rental income | $344,292 |
| Expenses | $43,206 |
| Net income | $391,092 |
| Mortgage Payments under Plan | $230,915 |
| Net income | $70,177 |

5.02    PROJECTED CASH FLOW OF OWNER OCCUPIED PROPERTY ON ANNUAL BASIS UNDER PLAN OF REORGANIZATION

Estimated

| | |
|---|---|
| Rental income | $18,000 |
| Expenses | $38,400 |
| Total | $56,400 |

10

DEBTOR'S THIRD AMENDED PLAN OF REORGANIZATION

|                              |            |
|------------------------------|------------|
| Expenses                     | $18,000    |
| Mortgage Payments under Plan | $70,177    |
| Total                        | $49,200    |
| Net income                   | $7,200     |

5.02   LIQUIDATION ANALYSIS

If the properties were liquidated by foreclosure it is estimated the net amount that the group of lenders would realize would equal about $1,506,000. This is based on the fair market value of the properties, the costs related to foreclosure, and losses due to maintenance.

The plan of reorganization will secure a larger amount for the lenders that they would receive if the properties were liquidated by foreclosure and other debts were discharged in a Chapter 7 bankruptcy.

The plan of reorganization would result in the Debtor preserving her business and allowing it to operate successfully in the future.

Respectfully submitted,

Dated: August 18, 2010

**DICKSON & ASSOCIATES**

Roy C. Dickson, Esq. Attorney

For Debtor

DEBTOR'S THIRD AMENDED PLAN OF REORGANIZATION

| In re: | CHAPTER __11__ |
| **Orlanda Cunningham** | |
| Debtor(s). | CASE NUMBER 2:09-bk-36912-BR |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **2323 North Tustin Avenue, Suite I, Santa Ana, California 92705**

A true and correct copy of the foregoing document described as **Notice of Filing Third Amended Plan Of Reorganization** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 18, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Gilbert B. Weisman II: (notices@becket-lee.com)
Joe M. Lozano, Jr.: (notice@NBSdefaultservices.com)
Christopher M McDermott.: (ecfcacb@piteduncan.com)
Joseph C Delmotte: (ecfcacb@piteduncan.com)
Angela Fontanini & Caspar Rankin: (ecfcacb@piteduncan.com)
Cassandra Richey & David F. Makkabi: (cmartin@pprlaw.ne)t
John D. Schlotter: (bkmail@mrdefault.com)
Ramesh Singh: (claims@recoverycorp.com)
Alan Steven Wolf: (wdk@wolffirm.com)
Les A Zieve: (bankruptcy@zievefirm.com)
Russell Clementson: (russell.clementson@usdoj.gov)
Matthew Duarte: (mduarte@mccarthyholthus.com)
Nichole Glowin: (nglowin@wrightlegal.net)
Donna L. LaPorte: (diaporte@wrightlegal.net)
Ian Lansberg: (ilandsberg@im-lawyers.com)
Matthew Podmenik: (lrodrigues@mccarthyholthus.com)
Melissa Robbins: (mrobbins@mccarthyholthus.com)
United States Trustee (LA) (ustpregion16.la.ecf@usdoj.gov)

///
///

DEBTOR'S THIRD AMENDED PLAN OF REORGANIZATION

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): **US Mail**
On **August 18, 2010**, I served the following person(s) and/or entity(ies) at the last known address(es) in this
bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the
United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the
judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the
document is filed.

## SEE ATTACHED SERVICE LIST

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each
person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____ I served the following person(s)
and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile
transmission and/or email as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be
completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and
correct.

| August 18, 2010 | Roy C. Dickson, Esq. | /s/ Roy C. Dickson |
|---|---|---|
| Date | Type Name | Signature |

DEBTOR'S THIRD AMENDED PLAN OF REORGANIZATION

1

## SERVICE LIST

2

3  AAA Visa
   P.O. Box 85101
4  Dallas , TX  75258

5
   Advanta Bank Corp.
6  P.O. Box 8088
   Philadelphia, PA  19101
7

8  Apex Cardiology
   501 W. Hardy Street
9  Inglewood, Ca 90301

10

11 Bank of America
   P.O. Box 15726
12 Wilmington, DE 19886

13
   Chase
14 P.O. Box 6412
   Palatine, IL 6074
15

16 Citi Cards
   P.O. Box 4113
17 Concord, CA 94524

18 CMRE Financial
   3075 Imperial Highway
19 Brea, CA 92821

20
   Daniel Freeman Hospital
21 Dept. 774
   P.O. Box 4113
22 Concord, CA 94524

23
   Dell Financial
24 1 Dell Way
   Round Rock, TX 78682
25

26 Hawthorne Morningside
   12954 S Hawthorne Blvd.
27 Hawthorne, CA  90250

28

14

DEBTOR'S THIRD AMENDED PLAN OF REORGANIZATION

1
2   Los Angeles Tax Collector
    P.O. Box 512102
3   Los Angeles, CA 90051-0102

4   Marina Del Rey Hospital
    4650 Lincoln Blvd
5   Marina Del Rey, CA 90292
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DEBTOR'S THIRD AMENDED PLAN OF REORGANIZATION